IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHRISTOPHER GOLDEN**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO. 5:09cv51-MTP**

**ROBERT PRATER**   **DEFENDANT**

### ORDER OF DISMISSAL

This cause having come before the court on the Plaintiff's Motion to Dismiss, the court finds that the motion should be GRANTED.

Plaintiff Christopher Golden filed his complaint pursuant to 42 U.S.C. § 1983 on April 2, 2009. The parties appeared and participated in an omnibus hearing before the undersigned United States Magistrate Judge on October 1, 2009. During the hearing, Plaintiff moved to voluntarily dismiss this action. Plaintiff testified that his motion was voluntarily made and was not based upon pressure or threats from any source whatsoever. The Defendant had no objection to the motion. Further, the parties consented to the undersigned entering this order of dismissal. Accordingly,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. Any pending motions are denied as moot.

THIS, the 8th day of October, 2009.

_____
United States Magistrate Judge